# EXHIBIT A

# United States of America
## United States Patent and Trademark Office

# HOODMART

**Reg. No. 4,525,759**
**Registered May 6, 2014**
**Int. Cl.: 11**
**TRADEMARK**
**PRINCIPAL REGISTER**

HOODMART, INC. (OHIO CORPORATION)
P.O. BOX 1377
ELYRIA, OH 44036

FOR: HOODS FOR RANGES; LABORATORY VENTILATION HOODS; OVEN VENTILATOR HOODS; RANGE HOODS; VENTILATION HOODS; VENTILATION HOODS FOR STOVES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 9-14-2004; IN COMMERCE 9-14-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,841,156.

SER. NO. 86-078,409, FILED 9-30-2013.

DEIRDRE ROBERTSON, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# HOODMART

**Reg. No. 3,841,156**
**Registered Aug. 31, 2010**

**Int. Cl.: 11**

**TRADEMARK**

**PRINCIPAL REGISTER**

HOODMART, INC. (OHIO CORPORATION)
P. O. BOX 1077
ELYRIA, OH 44035

FOR: EXHAUST HOODS FOR KITCHENS; FILTERS FOR AIR EXTRACTOR HOODS; HOODS FOR RANGES; LABORATORY VENTILATION HOODS; OVEN VENTILATOR HOODS; RANGE HOODS; RANGE HOODS; VENTILATION HOODS; VENTILATION HOODS FOR STOVES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 9-14-2004; IN COMMERCE 9-14-2004.

THE MARK CONSISTS OF THE WORD "HOOD" IN GREEN WITH A BLACK OUTLINE AND THE WORD "MART" IN BLACK. BOTH WORDS ARE SURROUNDED BY A GRAY SHADOW.

THE COLOR(S) GREEN, BLACK AND GRAY IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 77-923,838, FILED 1-29-2010.

REBECCA EISINGER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office